

RECEIVED

AUG 0 3 2016

Clerk, U.S. Courts
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

_____ **DIVISION**
(You must fill in this blank.  See Instruction F)

*Billy Budd Sullivan*

_____

*(Write the full name of each plaintiff who is filing this
complaint.  Each named plaintiff must sign the
complaint.)*

            **Plaintiff,**

-against-

*Chicago Title Insurance Company*

_____

_____

_____

*(Write the full name(s) of each defendant who is being
sued.  If the names of all the defendants cannot fit in
the space above, please write "see attached" in the
space and attach an additional page with the full list
of names.  The names listed in the above caption must
be identical to those contained in Section II.  Do not
include addresses here and do not use et al.)*

         **Defendants.**

Case No. _____
*(to be filled in by the Clerk's Office)*

**COMPLAINT**
(Pro Se Non-Prisoner )

Jury Trial Demanded:  ☐ Yes  ☐ No
*(check one)*

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor;
or a complete financial account number.  A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the
Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to

## INSTRUCTIONS

1.      Use this form to file a civil complaint with the United States District Court for the
        District of Montana. Include only counts/causes of action and facts – not legal arguments
        or citations. You may attach additional pages where necessary. Your complaint must be
        typed or legibly handwritten in ink and on white paper. Write on only one side of the
        paper. Do not use highlighters and do not staple or otherwise bind your papers. All
        pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size).
        You must sign the complaint (see page 8). Your signature need not be notarized but it
        must be an original and not a copy. The Clerk's Office cannot provide you copies of
        documents in your file without prepayment of $0.10 per page (for documents
        electronically available) or $0.50 (for documents not electronically available). Please
        keep a copy of the documents you send to the Court.

2.      The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of
        $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay
        the filing fee, you will be responsible for serving the complaint on each defendant and
        any costs associated with such service.

3.      If you are unable to prepay the entire filing fee and service costs for this action, you may
        file a motion to proceed in forma pauperis.

4.      Complaints submitted by persons proceeding in forma pauperis must be reviewed by the
        Court before defendants are required to answer. *See* 28 U.S.C. § 1915(e)(2). The Court
        will dismiss your complaint before it is served on defendants if: (1) your allegation of
        poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not
        state a claim upon which relief may be granted; or (4) you sue a defendant for money
        damages and that defendant is immune from liability for money damages. After the
        Court completes the review process, you will receive an Order explaining the findings
        and any further action you may or must take. The review process may take a few months;
        each case receives the judge's individual attention. Plaintiffs should not serve
        defendants, pursue discovery, or request entry of default judgment prior to the completion
        of this review process.

5.      The case caption (page 1 of this form) must indicate the proper Division for filing. The
        proper Division is where the alleged wrong(s) occurred. When you have completed your
        complaint, mail the *original* of your complaint and either the full filing fee or your
        motion to proceed in forma pauperis to the proper Division:

Billings Division:      *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden*

*Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie,*
*Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux,*
*and Yellowstone Counties*
**U.S. District Court Clerk, 601 2nd Avenue North, Suite 1200, Billings, MT  59101**

Butte Division:          *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

Great Falls Division:  *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin,*
*Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley*
*Counties*
**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division:        *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
**U.S. District Court Clerk, 901 Front St., Ste 2100,  Helena, MT 59626**

Missoula Division:     *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders*
*Counties*
**U.S. District Court Clerk, P.O. Box 8537,  Missoula, MT 59807**

I.        **Parties to this Complaint**
   A.       Plaintiff

            Provide the information below for each plaintiff named in the complaint.  Attach
            additional pages if needed.

            Name                     *Billy Budd Sullivan*
            Street Address           *PO Box 478*
            City and County          *Trego              Lincoln*
            State and Zip Code       *Montana            59934*
            Telephone Number
            E-mail Address

   B.       Defendant(s)

            Provide the information below for each defendant named in the complaint,
            whether the defendant is an individual, a government agency, an
            organization, or a corporation.  Make sure that the defendant(s) listed
            below are identical to those contained in the above caption.  For an

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

Name _Chicago Title Insurance Company_

Job or Title _____ (if known)

Street Address _2533 North 117th Ave._

City and County _Omaha_

State and Zip Code _Nebraska    68164_

Telephone Number _____

E-mail Address _____ (if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 2:

Name _____

Job or Title _____ (if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____ (if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 3:

Name _____

Job or Title _____ (if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____ (if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 4:

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ (if known) |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ (if known) |

☐   Individual capacity        ☐   Official capacity

(**NOTE**:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A:  PARTIES").

## II.  Basis for Jurisdiction

Check the option that best describes the basis for jurisdiction in your case:

☐   **Federal Question:**  Claims arising under the Constitution, laws, or treaties of the United States.  This includes claims brought under 42 U.S.C. § 1983 against state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

☐   **U.S. Government Defendant:**  United States or a federal official or agency is a defendant.  This includes claims brought against federal employees under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

☑   **Diversity of Citizenship:**  A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

## III.  Venue

This court can hear cases arising out of the District of Montana.  Under 28 U.S.C § 1391, this is the right court to file your lawsuit if:  (1) All defendants  live in this state AND at least one of the defendants lives in this district;  OR (2) A substantial part of the events you are suing about happened in this district;  OR (3) A substantial part of the property that you are suing about is located in this district;  OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district.

Please explain why venue is appropriate in this Court:
*Everything happened in this district*

**IV.**   **Statement of Claim(s)**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.   Count I:

1.   What federal constitutional or statutory right(s) do you claim is/are being violated by defendants?

2.   What date and approximate time did the events giving rise to your claim(s) occur?   *SEE  ATTACHED  SHEET*

3.   Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe what happened without citing legal arguments, cases, or statutes).
*SEE  ATTACHED  SHEET*

4.   Defendants Involved:  (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).
*SEE  ATTACHED  SHEET*

(**NOTE**:  For each additional claim, use a blank sheet  labeled "APPENDIX B.  STATEMENT OF CLAIMS."  You must address paragraphs IV(A)(1-4) for each count., following the directions under IV.

**V.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  (Do not cite legal arguments, cases, or statutes).   Attach additional pages if needed.

*SEE ATTACHED SHEET*

(**NOTE:**  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C:  INJURY").

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. Full Policy Amount, Price of what Lincoln County accessed property for, Approx $25,000,- in damages that has occurred in the past 5 years, $20,000.- for the expenses of refinancing etc that Needed to be done due to the Multiple owners, Damages that occurred by the title insurance company (Influencing the courts Lying/denying etc.) Lincoln County Title Insurance which is a Subisidary of Chicago Title Company which said that they did NOT handled the policy - total Lie

Breakdown Total - $200,000.- ($25,000.- property damages, $20,000.- refinancing, $22,000.- Approx. Policy Amount, $98,000.- county Appraised amount, $35,000.- personal injurys/expenses - lawyers phonecalls travel etc.)

(**NOTE:**  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").

## VII.   Plaintiff's Declaration

A.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

B.   I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

C.   I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:
  •   social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);
  •   birth dates must include the year of birth only (e.g. xx/xx/2001); and
  •   names of persons under the age of 18 must include initials only (e.g. L.K.).
  If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.
  I understand I am responsible for protecting the privacy of this information.

D.   I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _Lincoln County, Trego,_ on _July 29_, 20 _16_.
                 (Location)                            (Date)

Signature of Plaintiff: _BillyBudd Sullivan_

Printed Name of Plaintiff: _Billy Budd Sullivan_

2- Started in about 1993 when I purchased the property and purchased title insurance - title insurance was suppose to make sure that the title to property was clean and it was represented properly and accurately, over the years I found out that there was multiple owners which therefore caused expenses in refinancing and damages hardships came about from that, there was also easement/ rightaway issues that came about ( the title only states one easement with rightaways for utilities - there is atleast 3 easements/rightaways) and to this day Nothing has been resolved from that other than Law enforcement testifying underoath that I did NOT own the property and they testified that they got their information from Lincoln County clerk & Recorder, the easement/rightaway are NOT legally written in the deed to show exact location, then there is other issues such as this property was well known for its problems and it was always covered up so that one owner could unload it to another, the crime in this area is severe with trespassing, vandelism, theft, destruction of property, drugs, etc and the majority of this crime is related to easement/rightaway issues, the title insurance Nor the realtor NEVER disclosed the severe problems, For the past several years I/we have sustained damages in excess of $25,000. plus ruined our name and criminal charges against a family member, threats upon our lives, threats with jail time, ongoing harassment & property damage, ruined our family business and we can't sell the property

3 – Title insurance contract, law enforcement, public defenders, Courts, etc.

Bottomline: All because of who was involved the law/Justice system protected the individuals and the title company – the title company protected the individuals

4 – Chicago Title Insurance Company who did the policy through one of its entities would *NOT* resolve the problem *Nor* did they care to, they did *NOT* even want to settle the claim that I filed in 2015 approx. They lied about things over the phone and through the mail as well as their entity in Libby Montana (Lincoln County Title Company). Conveniently a lot of the people that worked for Chicago Title Insurance (Patrick Anderson etc) is *NO* longer with the company – so they say

V – Assulted by trespassers, murdered animals, property damages, financial hardships, legal fraud/misrepresentation/ coverups, can't find a realtor to sell property – There is alot of emotional stress, grief, etc involved.