UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BILLY BUDD SULLIVAN,<br><br>                Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>                Defendant. | Case No. CV-16-098-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Defendant Chicago Title's summary judgment motion is GRANTED. This case is DISMISSED.

      Dated this 15th day of August, 2017.

                              TYLER P. GILMAN, CLERK

                              By: <u>/s/ A. Puhrmann</u>
                              A. Puhrmann, Deputy Clerk